Jan Hamilton #08163
Chapter 13 Trustee
PO Box 3527
Topeka, Kansas 66601-3527
(785) 234-1551

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JORGE (NMN) COLON, JR | ) | Case No. 04-42174-13 |
| ANTOINETTE VALENTINA | ) | |
| ORTIZ-COLON | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JAN HAMILTON | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs.  WASHINGTON MUTUAL | ) | Adversary No. |
| BANK, FA | ) | |
| | ) | |
| Defendant. | ) | |

### CHAPTER 13 TRUSTEE'S COMPLAINT TO AVOID
### UNPERFECTED SECURITY INTEREST FOR THE BENEFIT
### OF THE ESTATE PURSUANT TO 11 U.S.C. 544, 550 AND 551
### AND DETERMINE RIGHTS

COMES NOW, Jan Hamilton, Chapter 13 Trustee, and for his Complaint states to

the Court as follows:

1. The Plaintiff, Jan Hamilton, is the duly appointed, qualified, and acting

Chapter 13 Trustee in the bankruptcy case of Jorge (NMN) Colon, Jr. and Antoinette

Valentina Ortiz-Colon. His business address is 507-509 SW Jackson, Topeka, Kansas

66603, and mailing address is P.O. Box 3527, Topeka, Kansas 66601-3527.

2. The Defendant, Washington Mutual Bank, FA., may be served with summons by serving its counsel, Thomas M. Franklin, via Certified Mail, at The Franklin Law Firm, 300 UMB Bank Building, 1310 Carondelet Drive, Kansas City, MO 64114.

3. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 1334 and 28 U.S.C. 157.

4. This adversary proceeding is brought pursuant to 11 U.S.C. 544, 550 and 551.

5. Venue is appropriate in this Court pursuant to 28 U.S.C. 1409(a).

6. This is a core proceeding as defined by 28 U.S.C. 157(b)(2)(A), (E) and (F).

7. The filing fee is deferred pursuant to Section (6) of the Miscellaneous Fee Schedule in 28 U.S.C. 1930, and will be paid as an administrative expense from any recovery in this matter.

8. On or about April 8, 2003, the Debtors, Jorge (NMN) Colon, Jr. and Antoinette Valentina Ortiz-Colon, entered into a mortgage which is now owned by Creditor, Washington Mutual Bank, on the Debtors' homestead, Lot 79 Arrowhead Heights Subdivision No. 5, 3317 SW Moundview, Topeka, Kansas.

9. On or about April 14, 2003, the mortgage lender, Taylor, Bear & Whitaker Mortgage Corp., attempted to perfect its lien by recording the mortgage.

10. However, the mortgage was recorded for Lot 29, Arrowhead Heights Subdivision, No. 5, 3317 SW Moundview, Topeka, Kansas.

11. Creditor, Washington Mutual Bank, appears to own an unperfected security interest in the Debtors' homestead since the mortgage was recorded for Lot 29 instead of Lot 79.

12. Pursuant to 11 U.S.C. 544 and 551, the Trustee may therefore avoid the unperfected security interest in the homestead and recover the same from Creditor, Washington Mutual Bank and preserve the lien for the benefit of the estate.

13. The Debtor/Defendant has claimed homestead as exempt. The Trustee does not object to this claim of exemption. The Trustee would, however request that the Court determine the parties rights with regard to the property.

WHEREFORE, the Trustee prays the Court for an order avoiding the lien of Washington Mutual Bank for the reasons stated above, preserving the lien for the benefit of the estate and a determination of the rights of the parties regarding the real property, plus the costs of the action including the filing fee of $150.00, and for any other relief the Court deems just and equitable in the premises.

Prepared and Approved by:

s/ Jan Hamilton
JAN HAMILTON #08163
CHAPTER 13 TRUSTEE
PO BOX 3527
TOPEKA, KANSAS 66601-3527
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@chapter13trustee.com